**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re Subpoena in

    TAMARA McCLURKIN

    v.

    WILLIAM ROY, III.

Case: 1:07-mc-00118
Assigned To : Bates, John D.
Assign. Date : 3/20/2007
Description: McClurkin v. Roy

)
)

### NOTICE OF REMOVAL

    The Court Services and Offender Supervision Agency ("CSOSA"), through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support thereof, the following facts are relied upon:

    1.    CSOSA is in receipt of a subpoena issued under authority of the Superior Court of the District of Columbia in a domestic case now pending in Superior Court of the District of Columbia.

    2.    A copy of the Subpoena is attached. See Exhibit 1.

    3.    The subpoena directs an employee of CSOSA to appear as a witness with respect to matters within her duties as an employee of CSOSA.

    4.    Accompanying this notice is a copy of a motion titled Motion To Quash, which raises defenses relying on federal law and confidentiality, and raising federal questions.

    5.    This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

    WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

03/14/07   17:09 FAX 2022205350          Offender Supervision                          @ 3:19 pm

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT

RETURN OF SERVICE

**SUBPOENA**                               **SUBPOENA DUCES TECUM**

Tamara McClurkin
vs.
                                           CASE NO: 05-DRB-3258
William Roy, III

To: Cheree Koch
    300 Indiana Avenue, N.W., Room 2100        SOCIAL FILE NO:_____
    Washington, DC
YOU ARE ORDERED to appear to give testimony in this case on ___23rd___ day of ___March___,

20_07_ at _9:00_ (A.M.) P.M.

☑ In Courtroom JM-440 of the SUPERIOR COURT, 500 Indiana Avenue, N.W., Washington, D.C.

☐ In Room _____ of _____Hospital,

_____Washington, D.C.

☐ YOUR ARE FURTHER ORDERED to bring with you and produce the following documents or objects:

_____

_____

_____

_____

This subpoena has been requested by:
☐ The Office of the Corporation Counsel, 4th & 5th Floors, 441 Fourth Street, N.W.
☐ The Commission on Mental Health, Room 4475, 500 Indiana Avenue, N.W.
☑ The Attorney for the (plaintiff/respondent: Trisha Monroe, Legal Aid Society of DC, 1666 11th Street,
N.W., Suite 800, Washington, DC 20001

Telephone number of requesting party: (202) 661-5961

The following information is required in juvenile cases only:
Alleged violation:_____
Arresting Officer's Name:_____
Arrest Date:_____, 20_____          Youth I.D. No:_____

### BRING THIS SUBPOENA WITH YOU.  YOU MAY NOT LEAVE WITHOUT THE COURT'S PERMISSION

*Clerk of the Superior Court of the District of Columbia*

Date: _March 14_ , 20_07_          _____

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the Removal Notice is being made by hand delivery

to:

Trisha Monroe
Legal Aid Society of DC
666 11th Street, N.W.
Suite 800
Washington, D.C. 20001


on this March 20, 2007.

DARRELL C. VALDEZ
Assistant United States Attorney