UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

APR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TAMARA McCLURKIN,

　　　Plaintiff,

　　　　　v.

WILLIAM ROY, III,

　　　Defendant.

Misc. Action No.  07-0118 (JDB)

## ORDER TO SHOW CAUSE

On March 20, 2007, the Court Services and Offender Supervision Agency ("CSOSA") filed a motion to quash a subpoena served upon Cheree Koch, a CSOSA employee, in the underlying action McClurkin v. Roy, No. 05-DRB-3258 (D.C. Super. Ct.).  The motion was served by hand delivery on Legal Aid Society of D.C. that same day.  Pursuant to Local Civil Rule 7(b), a memorandum in opposition to the motion to quash was due by not later than April 2, 2007; furthermore, "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded," id.

Accordingly, it is this 11th day of April, 2007, hereby

**ORDERED** that Legal Aid Society of D.C. shall, by not later than April 18, 2007, show cause why CSOSA's motion to quash should not be granted.

JOHN D. BATES
United States District Judge

-1-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion to quash is being served by hand

delivery to:

Trisha Monroe
Legal Aid Society of DC
666 11th Street, N.W.
Suite 800
Washington, D.C. 20001

on this March 20, 2007.

DARRELL C. VALDEZ
Assistant United States Attorney