## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAMARA McCLURKIN,** | |
| **Plaintiff,** | |
| **v.** | Misc. Action No.  07-0118 (JDB) |
| **WILLIAM ROY, III,** | |
| **Defendant.** | |

**FILED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On March 20, 2007, the Court Services and Offender Supervision Agency ("CSOSA")

filed a motion to quash a subpoena served upon Cheree Koch, a CSOSA employee, in the

underlying action McClurkin v. Roy, No. 05-DRB-3258 (D.C. Super. Ct.).  On April 11, 2007,

the Court issued an order to show cause requiring Legal Aid Society of D.C. to file an opposition

to the motion by not later than April 18, 2007.  As of this date, no opposition has been filed.  The

Court will therefore treat the motion as conceded.  See LCvR 7(b).

Accordingly, it is this 20th day of April, 2007, hereby

**ORDERED** that [2] CSOSA's motion to quash is **GRANTED**.


**JOHN D. BATES**
**United States District Judge**

-1-